IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ANNIE PRYOR, as next friend of**                                **PLAINTIFF**
**EBONI JOHNSON, minor**

**VS.**                                             **CIVIL ACTION NO. 4:07CV142 HTW LRA**

**NOXUBEE COUNTY SCHOOL DISTRICT, et al.**                     **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

This case is before the Court for consideration of the parties' *ore tenus* motion asking the Court to dismiss this case with prejudice because all claims have been settled.

The Court finds the motion is well taken and should be granted.

Accordingly, it is hereby ordered that this case is dismissed with prejudice with each side to bear their own costs.

**SO ORDERED, this the 18th day of June, 2008.**

                                                                   **s/ HENRY T. WINGATE**
                                                                   **CHIEF UNITED STATES DISTRICT JUDGE**

AGREED:

_____
Edward L. Pleasants, III, Esq.
Attorney for Plaintiff

_____
Robert H. Pedersen, Esq.
Attorney for Defendant